## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in standing of this Court's general bar or be granted leave to appear *pro hac vice* by Local Rules 83.12 through 83.14.

In the Matter of

BEVERLY ROGERS and CHARLES ROGERS
v.
CHICAGO DEPARTMENT OF AVIATION et al.

08CV4074
JUDGE GOTTSCHALL
MAG. JUDGE COX

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiffs

FILED
JUL 17 2008
JUL 1 7 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| NAME (Type or print) Robert A. Holstein | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ *Robert A. Holstein* | |
| FIRM Holstein Law Offices, LLC | |
| STREET ADDRESS 19 S. LaSalle St., Suite 1500 | |
| CITY/STATE/ZIP Chicago, Illinois 60603 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 1251600 | TELEPHONE NUMBER (312) 906-8000; (312) 850-8050 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓  NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓  NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓  NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓  NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ✓    APPOINTED COUNSEL ☐ | |