**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.1.1**
**Eastern Division**

Beverly Rogers, et al.
                    Plaintiff,

v.                                        Case No.: 1:08−cv−04074
                                                Honorable Joan B. Gottschall

UAL Corporation, et al.
                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, November 17, 2010:

      MINUTE entry before Honorable Joan B. Gottschall: Motion for RULE to show cause[103] is withdrawn; Motion hearing held on 11/17/2010 regarding motion for rule to show cause[99]. Motion Hearing as to Plaintiffs' motion for rule to show cause, or in the alternative, a motion to compel, with request for sanctions is entered and continued 12/1/2010 at 09:30 AM.Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.