**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.1.1**
**Eastern Division**

Beverly Rogers, et al.
                              Plaintiff,

v.                                                Case No.: 1:08−cv−04074
                                                        Honorable Joan B. Gottschall

UAL Corporation, et al.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, December 1, 2010:

      MINUTE entry before Honorable Joan B. Gottschall: Motion for extension of time to complete discovery [107] is granted. Motion hearing held on 12/1/2010 regarding motion for extension of time to complete discovery[107]. Discovery extended and ordered closed by 3/1/2011. Status hearing set for 1/18/2011 is stricken and reset to 3/8/2011 at 09:30 AM. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.